IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:09-cr-00240-20 |
| v. | ) | |
| LACHAUNTI WILLIAMS | ) | Judge Nixon |

## ORDER

Pending before the Court is Defendant Lachaunti Williams's Motion for Judicial Notice ("Motion") (Doc. No. 1036), in which Defendant requests the Court to take judicial notice of the Court's receipt of a letter from Adam Battle ("Battle Letter"), postmarked November 28, 2011 (Doc. No. 800). Defendant states that the Court's filing of the Battle Letter makes the fact to be judicially noticed not subject to reasonable dispute and therefore that judicial notice is proper under Federal Rule of Evidence 201(b). (Doc. No. 1036.) The Government does not object to the Court taking judicial notice of the Court's receipt of the Battle Letter, however, it notes that taking judicial notice does not satisfy the requirements for admissibility of the Battle Letter into evidence until Defendant independently lays a foundation for its introduction. (Doc. No. 1271.)

Upon consideration of the Motion, the Court will take judicial notice of the Court's receipt of the Battle Letter, postmarked November 28, 2011. The Court hereby **GRANTS** Defendant's Motion. The Court notes that granting this motion does not in and of itself satisfy the requirements for admissibility of the Battle Letter.

It is so ORDERED.

Entered this __18__ day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT