IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-20 |
| v. | ) | |
| | ) | Judge Nixon |
| LACHAUNTI WILLIAMS | ) | |

## ORDER

Pending before the Court is Defendant Lachaunti Williams's Motion for Specific Item of Discovery (Doc. No. 939), filed with Memorandum in Support (Doc. Nos. 940), in which Defendant requests that the Court order the Government to produce prior to trial, copies of correspondence showing a "claimed directive to Defendant" or discussion of acts of violence, intimidation, or retribution against Co-Defendant Adam Battle. Defendant states that the materials requested are discoverable under Federal Rules of Criminal Procedure 16(a)(1)(e)(i) and 16(a)(1)(E). (Doc. No. 940.)

The Government has filed two responses in which it states that to the extent the Government possesses the requested materials, they have been produced for Defendant. (Doc. Nos. 1048, 1068.) The Government notes that it has previously provided Defendant with copies of the jail reports in this case. (Doc. No. 1048.)

Because it appears the Government has given Defendant access to the requested materials, the Court hereby **DENIES as moot** Defendant's Motion.

It is so ORDERED.

Entered this 22nd day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT