IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-20 |
| v. | ) | |
| | ) | Judge Nixon |
| LACHAUNTI WILLIAMS | ) | |

## ORDER

Pending before the Court is Defendant Lachaunti Williams's Motion for Specific Discovery (Doc. No. 941), filed with a Memorandum in Support (Doc. Nos. 942), in which Defendant requests that the Court order the Government to produce, pretrial, a copy of "contact lists with nicknames and telephone numbers and documents reflecting gang membership and the history of the 'Rollin'' 60s which were also found in [Leonard Baugh's] cell" as referred to in one of the search warrants pertaining to a Nashville home (Doc. No. 633). Defendant argues that the materials requested are discoverable under Rule 16(a)(1)(E)(ii) of the Federal Rules of Criminal Procedure and are essential to Defendant's trial preparation. The Government has filed two responses in which it states that to the extent the Government possesses the requested materials, they have been produced for Defendant. (Doc. Nos. 1048, 1068.)

Because it appears the Government has given Defendant access to the requested materials, the Court hereby **DENIES as moot** Defendant's Motion.

It is so ORDERED.

Entered this 23rd day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT