# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-20 |
| v. | ) | |
| | ) | Judge Nixon |
| LACHAUNTI WILLIAMS | ) | |

## ORDER

Pending before the Court is Defendant Lachaunti Williams's Motion to Adopt Previously Filed Motions ("Motion") (Doc. No. 932). Specifically, Defendant Williams requests that the Court reaffirm and adopt for the purposes of the eighth superseding indictment, his Objection to Continuance of Trial (Doc. No. 728) and two Motions in Limine and Memoranda in Support (Doc. Nos. 729-32), all filed on October 26, 2011. (Doc. No. 932.) Additionally, Defendant Williams requests to join Defendant Paul McQuiddy's Motion for Pretrial Identification of Phone Calls that will be Used in Case-In-Chief and Memorandum in Support (Doc. Nos. 419-20), filed on February 18, 2011. (Doc. No. 932.)

The arguments made by Defendant McQuiddy in his motion apply equally to Defendant Williams. (*See* Doc. Nos. 419-20). Additionally, Defendant Williams's prior filings apply equally to the eighth superseding indictment. Accordingly, the Court **GRANTS** the Motion with respect to the motion filed by Defendant McQuiddy (Doc. Nos. 419-20) and Defendant's prior filings (Doc. Nos. 728-32). The Court notes that all motions filed are applied to all superseding indictments subsequently filed by the Government.

It is so ORDERED.

Entered this 29th day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT