IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-20 |
| v. | ) | |
| | ) | Judge Nixon |
| LACHAUNTI WILLIAMS | ) | |

### ORDER

Pending before the Court is Defendant Lachaunti Williams's Motion to Change Place of Confinement ("Motion"), in which Defendant's counsel, Attorney Paul Cross, requests Defendant be relocated to a detention facility closer to Nashville. (Doc. No. 595.) Mr. Cross explains that because his office is located in Monteagle, TN, his commute time to visit Defendant is two and a half to three hours in each direction. (*Id.*) Further, Mr. Cross has concerns about his ability to speak with Defendant telephonically due to an apparent incompatibility between the Warren County Jail telephone provider and the local regional telephone cooperative that services Mr. Cross's office, making it impossible for Defendant to call Mr. Cross. (*Id.*)

The Court determines a status conference is necessary to determine whether it is feasible to move Defendant to a facility closer to Nashville. Therefore, the Court **SCHEDULES a status conference by telephone** with Mr. Cross and the United States Marshals Office for **THURSDAY, NOVEMBER 1, 2012 at 10:00 a.m.**

It is so ORDERED.

Entered this the 25th day of October, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT