# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA      )

                                  )        **No. 3:09-cr-00240-20**

v.                               )

                                  )        **Judge Nixon**

LACHAUNTI WILLIAMS         )

## ORDER

Pending before the Court is Defendant Lachaunti Williams's Motion to Adopt Brief of Co-Defendant McQuiddy ("Motion to Adopt"). (Doc. No. 1488.) Defendant Williams requests to adopt Defendant Paul McQuiddy's brief and exhibits (Doc. Nos. 1404; 1404-1 to 1404-2), pursuant to Defendant Williams's Motion to Dismiss (Doc. No. 1489), subject to limitations and additions set out in Defendant Williams's Memorandum in Support (Doc. No. 1490).

The arguments made by Defendant McQuiddy in his brief apply equally to Defendant Williams. (*See* Doc. Nos. 1404.) Accordingly, the Court **GRANTS** the Motion to Adopt with respect to the brief and exhibits filed by Defendant McQuiddy (Doc. Nos. 1404; 1404-1 to 1404-2.)

It is so ORDERED.

Entered this ____4____ day of December, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT