IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-20 |
| v. ) | |
| ) | Judge Nixon |
| LACHAUNTI WILLIAMS ) | |

## ORDER

Pending before the Court is Defendant Lachaunti Williams's Motion to Adopt Brief of Co-Defendant McQuiddy ("Motion to Adopt"). (Doc. No. 1488.) Defendant Williams requests to adopt Defendant Paul McQuiddy's brief and exhibits (Doc. Nos. 1404; 1404-1 to 1404-2), pursuant to Defendant Williams's Motion to Dismiss (Doc. No. 1489), subject to limitations and additions set out in Defendant Williams's Memorandum in Support (Doc. No. 1490).

The arguments made by Defendant McQuiddy in his brief apply equally to Defendant Williams. (*See* Doc. Nos. 1404.) Accordingly, the Court **GRANTS** the Motion to Adopt with respect to the brief and exhibits filed by Defendant McQuiddy (Doc. Nos. 1404; 1404-1 to 1404-2.)

It is so ORDERED.

Entered this 4th day of December, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT