## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-20 |
| v. | ) | |
| | ) | Judge Nixon |
| LACHAUNTI WILLIAMS | ) | |

## ORDER

Pending before the Court is Defendant Lachaunti Williams's Second Motion to Adopt Previously Filed Motions ("Motion"). (Doc. No. 1532.) Specifically, Mr. Williams requests that the Court reaffirm and adopt for the purposes of the Ninth Superseding Indictment various pretrial motions. (*Id.*)

As the Court stated on the record during the status conference held on November 29, 2012, and in its Order granting Mr. William's previous Motion to Adopt Previously Filed Motions, all motions filed with the Court will be applied to superseding indictments subsequently filed by the Government. (*See* Doc. No. 1390.) Therefore, all outstanding motions are automatically deemed applicable to the most recent charging instrument and the Motion is **TERMINATED AS MOOT**.

It is so ORDERED.

Entered this ___18th___ day of December, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT