IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| PLAINTIFF : | |
| : | |
| VS. : | NO. 3:09-00240 (20) |
| : | |
| LACHAUNTI WILLIAMS : | |
| DEFENDANT : | |

## MOTION FOR RULE 17(c)(1) SUBPOENA

Comes now the Defendant Lachaunti Williams, through counsel, and moves this Honorable Court for issuance of a subpoena pursuant to Rule 17(c)(1) for issuance of a subpoena to be served on the sheriff of Warren County, Kentucky, requiring the production pre-trial of any and all incident reports, memoranda whether internal or communicated to other persons or agencies, correspondence in any form, notes of telephone conversations, and generally any other materials relating to the incidents charged in counts 33 through 36 of the 8th superceding indictment, alleging that Defendant Williams was involved in witness intimidation and retaliation against Adam Battle. Without limiting the foregoing, this request would include correspondence with the U.S. Attorney's Office. This material is essential to defense preparation.

Respectfully submitted:

*Granted*
*[signature]*

S:\Paul D. Cross, BPR #12611
Paul Cross
Attorney for the Defendant
1020 West Main Street
P.O. Box 99
Monteagle, TN 37356