# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
|     PLAINTIFF : | |
| : | |
| VS. : | NO. 3:09-00240 (20) |
| : | |
| LACHAUNTI WILLIAMS : | |
|     DEFENDANT : | |

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

1. James Lamont Oliver, a Defendant in this cause, is incarcerated in the Grayson County, Kentucky Jail, Leitchfield, Kentucky.

2. Said Defendant is needed by the defense for testifying at the jury trial in this cause, scheduled to begin May 28, 2013. He has previously testified in the trial of two of Defendant Williams's co-defendants. Counsel for Defendant Williams considers that testimony to have been favorable to his client. A writ of habeas corpus ad testificandum is requested.

DATED: April 29, 2013.

                                            S:/Paul Cross
                                            Attorney for Defendant Williams

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    United States Marshal, Middle District of Tennessee
        Jailer Darwin Dennison, Grayson County, Kentucky

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought the body of James Lamont Oliver, now confined in Grayson County, Kentucky Jail, to U.S. District Court on May 28, 2013 for the purpose of testifying at the jury trial in the above-referenced case.

WITNESS, the Honorable John T. Nixon, United States District Senior Judge, Middle District of Tennessee.

DATED:                     By: _____
                                           JOHN T. NIXON
                                           United States District Judge