IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:09-cr-00240-20 |
| v. | ) | |
| | ) | Judge Nixon |
| LACHAUNTI WILLIAMS | ) | |

## ORDER

Pending before the Court is Defendant Lachaunti Williams's Notice of Intent to Plead Guilty to Two Counts and Motion to Vacate Trial Date ("Motion"), in which Mr. Williams requests the Court vacate the trial scheduled to begin on February 18, 2014, and schedule a change of plea hearing. (Doc. No. 2552.) The Court **GRANTS** the Motion. The trial date currently scheduled in this matter is **CANCELLED** and a plea hearing is **SCHEDULED** for **February 25, 2014, at 10:00 a.m.**

It is so ORDERED.

Entered this the 12 day of February, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT